Victory Praise Cathedral, Inc
511 Westbridge Road
Fayetteville, GA 30214
April 28, 2011

Administrator or Trustee
RE: Verification of Employment

Dear To whom it may concern:

Please accept this letter as confirmation that Joie Johnson has been employed with Victory Praise Cathedral since August 1997. Currently, Joie Johnson:

- holds the title of Senior Pastor and Bishop of Victory Praise Cathedral

- does not earns a salary, but receive housing allowance in the amount of $700.00, payable weekly

- works on a full-time basis

If you have any questions or require further information, please don't hesitate to contact me at 404-579-2257.

Sincerely yours,

*Joquista Pool*

Joquista T Pool
Treasurer